JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **00-6142** CR-ZLOCH
21 USC §841(a)(1)
18 USC §922(g)(1)

**MAGISTRATE JUDGE SELTZER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TIMOTHY BROWN, | ) |
| | ) |
| Defendant | ) |
| | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

### TIMOTHY BROWN,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine; in violation of Title 21, United States Code, Section 841(a)(1).



## COUNT II

On or about April 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

### TIMOTHY BROWN,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Browning 9 mm semi-automatic pistol, serial number 245PV02172, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                                                **CERTIFICATE OF TRIAL ATTORNEY***

<u>TIMOTHY BROWN</u>                      **Superseding Case Information**:
**Court Division**: (Select One)            New Defendant(s)      Yes ___    No ___
                                                         Number of New Defendants  ___
___ Miami    ___ Key West            Total number of counts  ___
_X_ FTL       ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161

3. Interpreter:    (Yes or No) ___ NO ___
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    0 to 5 days        _X_      Petty      ___
   II   6 to 10 days       ___      Minor      ___
   III  11 to 20 days      ___      Misdem.    ___
   IV   21 to 60 days      ___      Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of ___ 4/27/00 ___
   Rule 20 from the _____    District of _____
   Is this a potential death penalty case? (Yes or No) ___ No ___

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _x_ No

                                                    _____
                                                    JEFFREY N. KAPLAN
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Court Bar No. A5500033

*Penalty Sheet(s) attached                                                  REV 4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __TIMOTHY BROWN__    No.:_____

Count #I:
Possession with intent to distribute "crack" cocaine, in violation of 21:841(a)(1).

*Max Penalty: Minimum five years' imprisonment and maximum forty years' imprisonment, $2,000,000 fine.

Count #II:
Convicted felon in possession of a firearm; in violation of 18:922(g)(1).

*Max Penalty: Maximum ten years' imprisonment, $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12.12.96