# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

TIMOTHY BROWN

**TO: The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER:

**00-6142
CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _____ TIMOTHY BROWN

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

FILED by ___ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

charging him or her with (brief description of offense)

Possessing with intent to distribute "crack" cocaine, and being a convicted felon in possession of a firearm.

in violation of Titles 21 and 18 United States Code, Sections 841(a)(1) and 922(g)(1).

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 23, 2000, Fort Lauderdale, Florida
Date and Location

*[signature]*
by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ TIMOTHY BROWN _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 5180 SW 43rd Terrace, Fort Lauderdale, Fl _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____ Hollywood, Fl _____

DATE OF BIRTH: _____ 5/19/79 _____

SOCIAL SECURITY NUMBER: _____ 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 _____

HEIGHT: _____ 5'8" _____ WEIGHT: _____ 160 lbs _____

SEX: _____ Male _____ RACE: _____ White _____

HAIR: _____ Brown _____ EYES: _____ Green _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____ 424298AB3 _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ____ ATF, S/A STEVE MCKEAN (954) 938-2971 6520 N. Andrews Ave., Fort Lauderdale, Florida 33309 _____