UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                          MINUTE ORDER

TIMOTHY BROWN

_____

On May 23, 2000 an indictment was returned against the above defendant.

The defendant not having been arrested and 30 days having passed, this case is hereby transferred to fugitive status.

Dated this 22nd day of June, 2000 at Fort Lauderdale, Florida.

                              AT THE DIRECTION OF THE
                              HONORABLE WILLIAM J. ZLOCH

                              CLARENCE MADDOX
                              CLERK

                        BY:   _____
                              CARLINE T. NEWBY
                              DEPUTY CLERK

CC: U. S. Attorney