**"ADD ON"**

| | |
|---|---|
| DEFT: Timothy Brown (J)# | CASE NO: 00-6142-CR-Zloch |
| AUSA: Jeff Kaplan *present* | ATTNY: Tim Day |
| AGENT: ATF | VIOL: 21:841; 18:922 |
| PROCEEDING: Initial Appearance | BOND REC: PTD 100,000 Corp. Surety |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: APD

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 5 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

√ — advised of charges
√ — sworn for counsel

2 or 3 audiotapes to be transcribed

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
(PTD)/BOND HEARING: 7-11-00   10:00am   BSS  √
PRELIM/ARRAIGN. or REMOVAL: ___
STATUS CONFERENCE: 7-20-00   11:00am   Snow

DATE: 7-5-00   TIME: 11:00am   TAPE # 00-053   PG # 5
895-1120