AO 442 (Rev. 12/85) Warrant for Arrest  AUSA JEFFREY N. KAPLAN; ATF S/A Steve McKean

## United States District Court

SOUTHERN DISTRICT OF FLORIDA  478201

UNITED STATES OF AMERICA

V.

TIMOTHY BROWN

TO: **The United States Marshal**
**and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER: 00-6142-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest  TIMOTHY BROWN
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possessing with intent to distribute "crack" cocaine, and being a convicted felon in possession of a firearm;

in violation of Titles 21 and 18 United States Code, Sections 841(a)(1) and 922(g)(1).

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

May 23, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Corporate Surety Bond

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/3/00 | | |
| DATE OF ARREST 7/3/00 | | John Walker, ... |

10/01/95