FILED by D.C.
JUL 6 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number:
              Plaintiff )  Criminal Zlock
               ) **REPORT COMMENCING CRIMINAL ACTION**
-VS- )
Timothy P. Brown )
Defendant    U.S. Marshals Service Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   WEST PALM BEACH
                        FT. PIERCE   (Circle one of above)

**NOTE:** CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**All items are to be completed.** Information not applicable or unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest:   7-5-00    9.15 (a.m)/p.m.

    \*\***Time** and **Facility** where booked _____

(2) Language Spoken:   English

(3) Offense(s) Charged: 18 USC 922(g)(1), 21 USC 841(a)(1)

(4) U.S. Citizen       [X] Yes    [ ] No    [ ] Unknown

(5) Date of Birth:   5-19-79

(6) Type of Charging Document: (check one)
    [X] Indictment    [ ] Complaint to be filed
                   [ ] Complaint already filed
    Case Number: _____

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:   Southern of Florida
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**   [ ] YES   [ ] NO

Amount of Bond:   $ _____

Who set bond: _____

Remarks: _____

Date:   7-5-00      Arresting Officer:   STEVE McKEAN
                              Agency:   ATF
                              Phone:   (954) 938-2971