DEFT: Timothy Brown (J)#           CASE NO: 00-6142-CR-Zloch
AUSA: Jeff Kaplan *present*        ATTNY: FPD Mady Bidwell
AGENT:                             VIOL:
PROCEEDING: PTD Hearing            BOND REC:
BOND HEARING HELD - yes/~~no~~    COUNSEL APPOINTED:
___ BOND SET @ $250,000 Corp w/ nebbia

FILED by ___ D.C.
JUL 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House:
    Electronic Monitoring

No Bond hrg held. Both sides stipulate to a $250,000 Corporate Surety bond w/ nebbia — both sides reserving right to proceed w/ a PTD hrg at a later date.

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 7-11-00    TIME: 10:00am  ends 12:10pm    TAPE # 00-055    2590-2660    PG # 1

15