HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TIMOTHY BROWN__ CASE NO: __00-6142-CR-ZLOCH__

AUSA __JEFFREY KAPLAN__ pre  ATTY __FPD - Bidwell for__

Disc rec'd No motions
Aug 3 for motions

00-03-2852

DEFT __PAUL SALTZ__ CASE NO: __00-6168-CR-FERGUSON__

AUSA __LYNN ROSENTHAL / Kaplan__ ATTY __DAVID JOFFE  Gary Kollin  Not present__

Disc out - July 24 disc conference
2 weeks to try
@ 2905

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __7-20-00__ TIME __11:00__