UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA,      :

       Plaintiff,            :

v.                             :

TIMOTHY BROWN,                 :

       Defendant.            :
_____

**STATUS REPORT**

      A status conference was held in this cause on July 20, 2000. At that conference, the parties informed the Court as follows:

      1. Discovery was provided on the day of the status conference.

      2. Counsel for the defendant shall have until August 3, 2000, within which to file pretrial motions.

      DATED at Fort Lauderdale, Florida, this __24th__ day of July, 2000.

                                    LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeff Kaplan (FTL)
AFPD Tim Day (FTL)

