UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

TIMOTHY BROWN,    :

    Defendant.    :
_____/

## UNOPPOSED MOTION TO CONTINUE

The defendant, through counsel, moves this Court for a continuance of the above-styled matter and as grounds in support thereof states as follows:

1.     The defendant is charged by indictment with possession of crack cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). The defendant had his initial appearance on July 5, 2000. This is the first trial setting in this matter.

2.     The defendant is presently conducting an investigation into the transactions that comprise the conduct for which the indictment rests. This investigation is not yet complete. There are potential witnesses for the defense that have not been located. Additional time is necessary within which to complete the investigation and prepare for trial.



3.    Assistant United States Attorney Jeffrey Kaplan has no objection to this requested continuance.

WHEREFORE, the defendant requests that this Court grant the motion and continue the case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of August, 2000 to Jeffrey Kaplan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Brown.Tim\Continue.01.wpd

2