UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6142-CR-ZLOCH
Magistrate Judge Seltzer



UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
                            )
TIMOTHY BROWN,              )
                            )
            Defendant.      )
                            )
_____)

### SPEEDY TRIAL REPORT

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and submits this Speedy Trial Report. An indictment was returned on May 23, 2000. The defendant was arraigned on July 5, 2000. On August 7, 2000, the defendant filed a motion to continue. The motion to continue is still pending.

The United States respectfully submits that as of Friday, August 11, 2000, 32 days of non-excludable time will have elapsed.

Respectfully Submitted,

GUY LEWIS
UNITED STATES ATTORNEY

By: JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
ADMIN. NO. A5500030
500 E. Broward Blvd. 7th Floor
Fort Lauderdale, FL 33394
(954) 356-7255
(954) 356-7336 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Speedy Trial Report was mailed on August 10, 2000, to Tim Day, Assistant Public Defender, 101 N.E. 3rd Ave., Suite 202, Fort Lauderdale, Florida 33301.

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY