UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED ____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6142-CR-Zloch   DATE 8-11-00
CLERK Caroline Newsky   REPORTER Carl Schanzleh
PROBATION ____   INTERPRETER ____

UNITED STATES OF AMERICA v. Timothy Brown

U. S. ATTORNEY Terry Thompson   DEFT COUNSEL Tim Day for Jeffrey Kaplan

DEFENDANT:   PRESENT ____   NOT PRESENT ____   ON BOND ____   IN CUSTODY ____

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's mtn for continuance granted - all time excludable

JUDGMENT ____

CASE CONTINUED TO ____   TIME ____   FOR ____

MISC ____

21