JNK:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6142-Cr-ZLOCH**

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

TIMOTHY BROWN,

   Defendant,
_____

**NIGHT BOX FILED**
SEP 1 3 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / F.T.L

### GOVERNMENT'S FIRST SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States, by and through the undersigned Assistant United States Attorney, hereby files its First Supplemental Response to the Standing Discovery Order and attaches a supplemental lab report stating that the substance seized in this case contains 5.3 grams of cocaine base.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
Assistant United States Attorney
Florida Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimilie. (954) 3456-7228
E-Mail Address:
(Jeffrey.Kaplan.lastname@justice.usdoj.gov)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed September 13, 2000 to:

Timothy Day, Assistant Federal Public Defender
101 Northeast Third Avenue, Suite 202
Fort Lauderdale, Florida 33301

Jeffrey N. Kaplan
Assistant United States Attorney

```
BROWARD COUNTY SHERIFF'S OFFICE          Lab Number: 00-00009231
P.O. Box 9507                            Agency Case: 00-24016
Fort Lauderdale, FL 33310                       Date: 8/22/00
```

CRIME LABORATORY ANALYSIS REPORT

To: Officer M. Pazienza
    Pembroke Pines Police Department
    9500 Pines Blvd.
    Pembroke Pines, FL 33025

SUPPLEMENTAL REPORT

The following evidence was submitted to this laboratory:

Plastic bag containing suspect cocaine rocks.

Examinations conducted on the mentioned evidence revealed the presence of cocaine base (5.3 grams weight).



The foregoing instrument                 Respectfully submitted,
acknowledged before me this
____ day of _____, 2000
by Benny J Lum
who is personally known to me            Benny J Lum
_____                        _____, Forensic Chemist
Verna N Gibbs CC910074
STATE OF FLORIDA, COUNTY OF BROWARD

