JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO __00-6142-CR-ZLOCH(s)__
21 USC §841(a)(1)
21 USC §841(b)(1)(B)
18 USC §922(g)(1)



UNITED STATES OF AMERICA, )
                                          )
                    Plaintiff,   )
                                          )
vs.                                        )
                                          )
TIMOTHY BROWN,               )
                                          )
                    Defendant.   )
_____ )

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about April 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

**TIMOTHY BROWN,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) grams of a mixture and substance containing a detectable amount of cocaine



containing cocaine base, commonly known as "crack" cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT II

On or about April 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

## TIMOTHY BROWN,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Browning 9 mm semi-automatic pistol, serial number 245PV02172, in violation of Title 18, United States Code, Section 922(g)(1)

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. __00-6142-CR-ZLOCH(s)__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

**TIMOTHY BROWN**

**Court Division:** (Select One)

__ Miami  __ Key West
_X_ FTL  __ WPB __ FTP

**Superseding Case Information:**
New Defendant(s)   Yes __   No _X_
Number of New Defendants   _0_
Total number of counts   _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       _X_       Petty       ___
   II   6 to 10 days      ___       Minor       ___
   III  11 to 20 days     ___       Misdem.     ___
   IV   21 to 60 days     ___       Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __4/27/00__
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____
Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes _x_ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __TIMOTHY BROWN__    No.: _00-6142-CR-ZLOCH(s)_

Count #I:
Possession with intent to distribute "crack" cocaine, in violation of 21:841(a)(1).

*Max Penalty: Minimum five years' imprisonment and maximum forty years' imprisonment, $2,000,000 fine.

Count #II:
Convicted felon in possession of a firearm; in violation of 18:922(g)(1).

*Max Penalty: Maximum ten years' imprisonment, $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.