UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6142-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Timothy Brown

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  9-28-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _____In Custody_____

                     Telephone: _____

DEFENSE COUNSEL:     Name: ____FPD: Tim Day_____

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $____Cont'd in custody_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __28__ day of ____September____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. ____00-074____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services