| | |
|---|---|
| DEFT: Timothy Brown (J)# | CASE NO: 00-6142-CR-Zloch (s) |
| AUSA: Jeff Kaplan | ATTNY: FPD: Tim Day *present* |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS | BOND REC: |
| BOND HEARING HELD - yes/no  Indictment | COUNSEL APPOINTED: |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

SEP 2 8 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

Reading of indictment waived ✓
Not Guilty plea entered
Jury Trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE:

DATE: 9-28-00   TIME: 11:00am   TAPE # 00-074 PG # 2
2710 - 2795

28