UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6142-CR-ZLOCH

FILED by _____ D.C.
OCT 19 2000

UNITED STATES OF AMERICA

v.

TIMOTHY BROWN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              November 7, 2000 at 10:15 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_Carline T. Newby_
BY DEPUTY CLERK

DATE: October 19, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Timothy Day, Esq.


29