-cr-06142-WJZ   Document 30   Entered on FLSD Docket 11/06/2000   P

FILED by

NOV 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 99-8059-CR-ZLOCH

00-6142-

UNITED STATES OF AMERICA

v.                                    AMENDED NOTICE

TIMOTHY BROWN

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            December 7, 2000 at 9:30 AM

**CHANGE OF PLEA - RESET BY COURT -COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 3, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Timothy Day, Esq., AFPD