UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



FILED by _____ D.C.
DEC 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6142-CR-Zloch  DATE  12-7-00
CLERK  Carlene Newby          REPORTER  Carl Schanzleh
PROBATION                     INTERPRETER

UNITED STATES OF AMERICA v.  Timothy Brown

U. S. ATTORNEY  Jeffrey Kaplan  DEFT COUNSEL  Timothy Day

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Change of Plea

RESULT OF HEARING  Court orders Reweigh of Drugs - Plea to be Reset

JUDGMENT

CASE CONTINUED TO              TIME           FOR

MISC

31