```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 00-6142-CR-ZLOCH
```

UNITED STATES OF AMERICA

    Plaintiff

    V.

                                                O R D E R

TIMOTHY BROWN

    Defendant

_____

THIS MATTER is before the Court upon the hearing held before the Court on December 7, 2000. The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Dr. Terry Hall, licensed toxicologist, is to be permitted access to the Broward Sheriff's Office crime lab for the purpose of weighing the crack cocaine which is the evidence in the above-styled case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2001.

                                    */s/ William J. Zloch*
                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

cc:
Jeffrey Kaplan, Esq., AUSA
Timothy Day, Esq., AFPD