UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

TIMOTHY BROWN, :

    Defendant. :
_____/

## MOTION TO WITHDRAW FROM FURTHER REPRESENTATION

The defendant, through counsel, hereby requests that this Court allow the undersigned counsel to withdraw from further representation of the defendant and to terminate the appointment of the Office of the Federal Defender and states as follows:

1. The Office of the Federal Defender was appointed on July 5, 2000 to represent the defendant.

2. A change of plea was scheduled on November 7, 2000. At that time the defendant declined to go forward with the hearing indicating that he wanted to have the crack cocaine re-weighed.

3. Prior to the hearing of November 7, 2000, undersigned counsel contacted toxicologist Dr. Terry Hall, who after being apprised of the facts, indicated it was unlikely a re-weighing of the crack cocaine would make a difference under the sentencing guidelines. As a result, the Federal Defender denied undersigned counsel's request for expert funds to conduct the re-weigh (on January 25, 2001 a subsequent Court ordered re-weigh concluded the amount of crack cocaine to be 5.49

grams which does not change the guidelines).

4. Prior to the hearing of November 7, 2000, and unknown to the undersigned until after the hearing, Mr. Brown filed a complaint with the Florida Bar complaining of undersigned counsel's representation. Mr. Brown alleged that undersigned counsel refused to have the crack cocaine re-weighed.

5. Although the complaint has subsequently been determined to be unfounded by the Florida Bar, Mr. Brown continues to complain about counsel's representation. Brown accuses the undersigned of continued incompetence. The attorney/client relationship has deteriorated to the point where representation by other counsel is necessary.

6. Accordingly, the undersigned requests that the Office of the Federal Defender be allowed to withdraw as counsel of record and CJA counsel appointed.

WHEREFORE, the defendant requests that this Court grant this motion and allow undersigned counsel to withdraw from further representation and to terminate the appointment of the Office of the Federal Defender and appoint CJA counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of February, 2001 to Jeffrey Kaplan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Timothy M. Day

S:\DAY\Brown.Tim\Withdraw.01.wpd