UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6142-CR-ZLOCH

MAGISTRATE JUDGE SELTZER



UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

TIMOTHY BROWN,   :

    Defendant.   :
_____/

## ORDER GRANTING MOTION TO WITHDRAW
## FROM FURTHER REPRESENTATION

THIS CAUSE having come before the Court on the Office of the Federal Defender's Motion to Withdraw from Further Representation and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Office of the Federal Defender's motion to withdraw from further representation is hereby GRANTED. The Office of the Federal Defender's appointment to this case is terminated. CJA counsel will be appointed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of February, 2001.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Timothy Day. AFPD
      Jeffrey Kaplan, AUSA

