UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA

V.  NOTICE

TIMOTHY BROWN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                    COURTROOM A
299 E. BROWARD BLVD.                      DATE & TIME:
FT. LAUDERDALE, FL 33301                  March 19, 2001 at 2:15 PM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 8, 2001

cc:
Jeffrey Kaplan, Esq., AUSA
Jason Grey, Esq.