UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6142-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                    NOTICE

TIMOTHY BROWN

| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              March 26, 2001 at 10:45 AM

**CHANGE OF PLEA - RESET AT REQUEST OF DEFENSE COUNSEL - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*(signature)*
BY DEPUTY CLERK

DATE: March 15, 2001

cc:
Jeffrey Kaplan, Esq., AUSA
Jason Grey, Esq.