UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
MAR 2 6 2001

CASE NUMBER 00-6142-CR-Zloch  DATE 3-26-01

CLERK Carlone Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Timothy Brown

U. S. ATTORNEY Jeff Kaplan   DEFT COUNSEL Jason Grey

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Ct 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepts plea & adjudges deft guilty to Count 1

CASE CONTINUED TO 6-22-01   TIME 10:30   FOR Sentencing

MISC Written Plea Agreement -

40