UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,         Case No. 00-6142-CR-ZLOCH
    vs.

TIMOTHY BROWN, et al.,

    Defendant.
_____/

## OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, TIMOTHY BROWN, by through undersigned counsel, hereby files these objections to the Pre-Sentence Investigation Report. The Defendant objects to the following:

1. The Defendant objects to the 2 point increase assessed in paragraph 16 for possession of a dangerous weapon. The weapon in question was not in the defendant's possession until it was given to him for inspection by law enforcement officers. In addition, said firearm was unloaded, and the defendant believes it may have been altered in such a manner that it was incapable of firing. Furthermore, the defendant only had the firearm in his hands for a few moments, inside of the car belonging to the agent. Lastly, the agent reportedly exchanged said firearm, a Browing 9mm, and $400 for 5.3 grams of crack cocaine. The value of the firearm alone (upwards of $500) greatly exceeds the value of the cocaine at issue (the $400 cash alone exceeds the value of the 5.3 grams of cocaine base). This situation therefore, is analogous to the scenario in application note 15 (sentencing entrapment), and the 2 point adjustment sought by the department of probation should be disallowed.

2. The defendant objects to paragraph 22 wherein probation gives a 2 point reduction for acceptance of responsibility. The defendant respectfully requests he be given a 3 point reduction.

3. If the Court were to accept the defendant's arguments and deduct 2 and 3 points respectively, the defendant's guideline range would be as follows:

    Base offense level                                 26
    Deduct 3 points for acceptance of responsibility  -3
    Total offense level                                 23

42

Criminal History Category V = 84 – 105 months

**WHEREFORE**, the Defendant, TIMOTHY BROWN, submits these objections to the Persistence Investigation Report.

Respectfully submitted,

THE LAW OFFICES OF
**GREY & MOURIN, P.A.**
1571 Northwest 13th Court
MIAMI, FLORIDA 33125
(305) 325-8119

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Dedra M. Pratt, United States Probation Officer, 300 N.E. 1 st Avenue, Room 315, Miami, Florida 33132-2126 and to Jeffrey N. Kaplan, Assistant United States Attorney, 99 NE 4th Street 4th Floor Miami, Florida 33132, this 31ST day of May, 2001.

**JASON P. GREY**