UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 22 2001

CASE NUMBER  00-6142-Cr-Zloch   DATE  6-22-01
CLERK  Cathy Newby            REPORTER  Carl Schanzleh
PROBATION  Debra Pratt        INTERPRETER

UNITED STATES OF AMERICA  v.  Timothy Brown

U. S. ATTORNEY  Jeffrey Kaplan   DEFT COUNSEL  Jason Grey

DEFENDANT: (PRESENT)   NOT PRESENT    ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft withdrew enhancement objection -
Deft's objection to amt 2 points for acceptance granted -
Deft awarded 3 points - Ct 1 - 108 months custody
of BOP - 5 yrs supervised release - Spec Cnds
JUDGMENT  Participate in mental health/substance
abuse program - Submit to search of
person & property - Financial Disclosure -
Full t no legitimate employment - $100

CASE CONTINUED TO ___ TIME ___ FOR
assessment - Jason Grey appointed for appeal -
MISC  Court Recommends a facility to treat
mental health/substance abuse problems.
Ct Recommends facility in Florida -

43